IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | | |
|---|---|---|
| US GHOST ADVENTURES, LLC, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 6:25cv00048 |
| | ) | |
| TOURS & CRAWLS, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF MICHAEL CARTER

My name is Michael "Mike" Carter. I am over the age of majority and make this declaration based on facts personally known to me.

1. Tours & Crawls, LLC ("Tours & Crawls") is a limited liability company organized under the laws of the State of Maryland and with a principal office located at 13 Francis Street, Annapolis, Maryland 21401.

2. Tours & Crawls, LLC has never been incorporated in Virginia, has never registered to do business in Virginia, has never maintained a principal office in Virginia, and has never appointed an agent to accept service of process in Virginia.

3. I am the sole owner and officer of Tours & Crawls. I reside in Maryland and have no current plans to move. I have never resided in Virginia.

4. Tours & Crawls does not have any employees who reside in Virginia.

5. Tours & Crawls has never owned, leased, or rented any property in Virginia. Likewise, I have never owned, leased, or rented any property in Virginia.

6. Tours & Crawls has never maintained an office or place of business in Virginia. Likewise, I have never maintained an office or place of business in Virginia.

7. Tours & Crawls has never specifically targeted Virginia with marketing efforts or advertising campaigns related to the company's services. Likewise, I have never specifically targeted Virginia with marketing efforts or advertising campaigns related to Tours & Crawls' services.

8. While Tours & Crawls' website references and/or contains links to the websites of other ghost tour companies, including some located in Virginia, Tours & Crawls is not affiliated in any way with these other ghost tour companies. Moreover, Tours & Crawls does not receive a referral fee or otherwise profit from the references/links.

9. I have no record or recollection of Tours & Crawls conducting any business in Virginia. Likewise, I have no record or recollection of personally conducting any business in Virginia (as an officer or agent of Tours & Crawls or otherwise).

10. None of the information on Tours & Crawls' website was created in Virginia or uploaded to the website in Virginia.

11. I registered the domain name usaghostadventures.com while in Maryland, and none of the information appearing on said website was created in Virginia or uploaded to the website in Virginia.

12. While the usaghostadventures.com website referenced and/or contained links to the websites of other ghost tour companies, including some located in Virginia, Tours & Crawls was not affiliated in any way with these other ghost tour companies. Moreover, Tours & Crawls did not receive a referral fee or otherwise profit from the references/links.

13. I have not created any content for, or uploaded any content to, the website localghostadventures.com in Virginia.

14. I authored the various blog posts appearing on Tours & Crawls' website and/or on The Ghost Writer (annapolisghosts.com). I did not author any of these blog posts while in Virginia, nor

2

did I upload any of the blog posts to the internet while in Virginia. Moreover, I did not prepare the blog posts based on information I gathered in Virginia, nor did I specifically target a Virginia audience with the blog posts.

15. I was physically located in Maryland when I was interviewed in connection with The Baltimore Banner article referenced in the Complaint. At the time of the interview (and currently), I understood The Baltimore Banner to be a Baltimore-based news outlet that generally covers stories related to Baltimore and select other parts of Maryland.

16. I was physically located in Maryland when I made the vast majority (if not all) of the various social media posts/comments referenced in the Complaint and attributed to me. I have no recollection of making any of the social media posts/comments at issue while in Virginia, and I did not specifically target a Virginia audience with any of the social media posts/comments.

17. I am a member of the private Facebook group named Professional Ghost Tour Guides. Historically, I have been a member only, although I was asked approximately one month ago to serve as one of several group moderators. I have made various posts on the group's private Facebook page over the years, but I only recall one post related to Virginia. Around the time of that post, several individuals had asked about where legal papers could be sent to US Ghost Adventures ("USGA"). As I was passing through Virginia on a personal errand, I opted to drive by the address USGA had listed with the Virginia State Corporation Commission. In my post, I indicated that I did not observe any USGA operations at said address.

18. I am not a member of the Facebook group named US Independent Ghost Tours, and I had never heard of said group prior to being served with this lawsuit.

19. Melissa Huston is an independent contractor who performs various services for Tours & Crawls, including leading tours, overseeing the hiring and training of tour guides, and

marketing the company on social media. Commenting on the legality, ethics, etc. of Plaintiffs' operations was not part of Huston's contractual duties for Tours & Crawls.

20. Melissa Rowell is not affiliated in any way with Tours & Crawls. Likewise, I am not affiliated in any way with any of Melissa Rowell's businesses.

21. I have requested edits to USGA's Google Business Profile based on my concern that USGA was in violation of Google's Terms of Service with respect to classification as a national chain. I made these requests while located in Maryland, and the requests were related to USGA's operations in Maryland.

22. I approached Visit Annapolis after receiving a telephone call about a credit card being declined in connection with a charge for a service I had not requested. I advised Visit Annapolis that USGA was a different company than mine, and that a third-party had told me USGA was listing the third-party's address as USGA's business address without authorization. My communications with Visit Annapolis were specific to USGA's operations in Maryland.

I declare under penalty of perjury that the foregoing statements are true and accurate to the best of my knowledge.

Date: 7/24/25

_____
Michael Carter