IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| US GHOST ADVENTURES, LLC, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 6:25cv00048 |
| ) | |
| TOURS & CRAWLS, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF MELISSA HUSTON

My name is Melissa Huston. I am over the age of majority and make this declaration based on facts personally known to me.

1. I am an independent contractor of Tours & Crawls, LLC ("Tours & Crawls").

2. My contractual duties for Tours & Crawls include leading tours, overseeing the hiring and training of tour guides, and marketing the company on social media.

3. I am aware that the Complaint filed in this lawsuit references a series of comments I made in response to a YouTube video. I made these comments while physically located in Maryland.

4. My comments were based on my experiences in Maryland, although I was aware of similar experiences reported by other ghost tour operators in different parts of the country.

5. When I made my comments, I was not specifically targeting a Virginia audience.

I declare under penalty of perjury that the foregoing statements are true and accurate to the best of my knowledge.

Date: 7/24/2025

_____
Melissa Huston